| | |
|---|---|
| 1 | JAMES E. HART, Bar No. 194168 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 2050 Main Street |
| 3 | Suite 900 |
| | Irvine, CA  92614 |
| 4 | Telephone:  949.705.3000 |
| | Facsimile:   949.724.1201 |
| 5 | E-mail: jhart@littler.com |
| 6 | DANIEL GONZALEZ, Bar No. 223517 |
| | LITTLER MENDELSON |
| 7 | A Professional Corporation |
| | 2049 Century Park East, 5th Floor |
| 8 | Los Angeles, CA  90067.3107 |
| | Telephone:  310.553.0308 |
| 9 | Facsimile:   310.553.5583 |
| | E-mail: lhoward@littler.com |
| 10 | |
| 11 | Attorneys for Defendant |
| | THE BEAM TEAM |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONTREL WARDLOW, | Case No.  CV10-8020 DSF (PJWx) |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE DALE S. FISCHER |
| v. | **ORDER ON STIPULATION DISMISSING ACTION WITH PREJUDICE** |
| THE BEAM TEAM, INC. and DOES 1 TO 20, | |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

L:\Jhart\Efilings\BEAM TEAM Wardlow\CV10-8020 DSF (PJWx) WARDLOW V. THE BEAM TEAM- PROPOSED ORDER DISMISSING ACTION WITH PREJUDICE.doc

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONTREL WARDLOW, | Case No. CV10-8020 DSF (PJWx) |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE DALE S. FISCHER |
| v. | **ORDER ON STIPULATION DISMISSING ACTION WITH PREJUDICE** |
| THE BEAM TEAM, INC. and DOES 1 TO 20, | |
| Defendants. | |

ORDER

L:\Jhart\Efilings\BEAM TEAM Wardlow\CV10-8020 DSF

2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-captioned action, including all claims for relief set forth therein, shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

Dated: 2/11/11

*Dale S. Fischer*

HON. DALE S. FISCHER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

L:\Jhart\Efilings\BEAM TEAM Wardlow\CV10-8020 DSF